IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| Kalis v. A C & S Inc., et al., | PA-ED No.    08-CV-92175<br>*Trans from IL-C Case No. 99-1294* |

**Plaintiff's Statement of Expert Witness Reports**
**July 16, 2012**

Plaintiff submits written reports from the following expert witnesses.  Their reports and Rule 26(a)(2)(B) disclosures are attached as exhibits.  Plaintiff reserves the right to submit additional reports in rebuttal or for other good cause.

1. Retained Experts:

    a. Henry A. Anderson, M.D.
    b. Leslie T. Stayner, Ph.D. and Judith M. Graber, Ph.D.
    c. Richard C. Bernstein, M.D.

Dated: July 16, 2012

Prepared by:

/s/ Michael P. Cascino
Attorneys for plaintiff
Allen D. Vaughan
Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600